## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-31943-RBK |
| | § | |
| IGLESIA PUERTA DEL CIELO, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $44,718.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $8,090,324.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $56,000.00 | | |

3)       Total gross receipts of $8,146,324.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,146,324.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $8,090,324.74 | $8,090,324.00 | $8,090,324.00 | $8,090,324.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $270,099.54 | $270,099.54 | $56,000.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,366.18 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,625,465.15 | $63,977.16 | $63,977.16 | $0.00 |
| **Total Disbursements** | $9,717,156.07 | $8,424,400.70 | $8,424,400.70 | $8,146,324.00 |

4).  This case was originally filed under chapter 7 on 12/02/2016.  The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/04/2018                    By:   /s/ Ronald E. Ingalls
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 9405 Betel Drive, El Paso, Texas 79907 | 1110-000 | $8,140,324.00 |
| Rents | 1222-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $8,146,324.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter School Solutions | 4210-000 | $3,211,841.12 | $0.00 | $0.00 | $0.00 |
| | Charter School Solutions | 4210-000 | $4,878,483.62 | $0.00 | $0.00 | $0.00 |
| | Charter School Solutions | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Senior Secured Debt | 4110-000 | $0.00 | $8,090,324.00 | $8,090,324.00 | $8,090,324.00 |
| **TOTAL SECURED CLAIMS** | | | $8,090,324.74 | $8,090,324.00 | $8,090,324.00 | $8,090,324.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Ingalls, Trustee | 2100-000 | NA | $267,639.72 | $267,639.72 | $54,108.75 |
| Ronald E. Ingalls, Trustee | 2200-000 | NA | $712.65 | $712.65 | $144.08 |
| International Sureties Ltd | 2300-000 | NA | $27.65 | $27.65 | $27.65 |
| Integrity Bank | 2600-000 | NA | $766.37 | $766.37 | $766.37 |
| US Bankruptcy Clerk - El Paso | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| accountant fees per order 9/21/17, Accountant for Trustee | 3410-000 | NA | $750.00 | $750.00 | $750.00 |
| accountant expenses per order 9/21/17, | 3420-000 | NA | $22.15 | $22.15 | $22.15 |

| Accountant for Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $270,099.54 | $270,099.54 | $56,000.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $1,366.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,366.18 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pierce, Little & Madrid, P.C. | 7100-000 | $62,518.17 | $62,518.17 | $62,518.17 | $0.00 |
| 3 | U.S. Trustee | 7100-000 | $0.00 | $325.00 | $325.00 | $0.00 |
| 4 | E.P. Bud Kirk | 7100-000 | $0.00 | $1,133.99 | $1,133.99 | $0.00 |
| | Chase Southwest | 7100-000 | $68,225.66 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $12,931.84 | $0.00 | $0.00 | $0.00 |
| | Discover | 7100-000 | $13,882.01 | $0.00 | $0.00 | $0.00 |
| | Harmony Public Schools | 7100-000 | $1,250,000.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | James & Haugland PC | 7100-000 | $46,651.71 | $0.00 | $0.00 | $0.00 |
| | Jason Lemmon | 7100-000 | $13,229.11 | $0.00 | $0.00 | $0.00 |
| | Jensen Accounting | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| | Marco A Aguirre | 7100-000 | $46,556.43 | $0.00 | $0.00 | $0.00 |
| | Raul Arzipe | 7100-000 | $103,970.22 | $0.00 | $0.00 | $0.00 |
| | United States Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Attorney General | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Trustee | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,625,465.15 | $63,977.16 | $63,977.16 | $0.00 |

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:  1          Exhibit 8

| Case No.: | 16-31943-RBK | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | IGLESIA PUERTA DEL CIELO, INC. | | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 4/4/2018 | | §341(a) Meeting Date: | 01/03/2017 |
| | | | Claims Bar Date: | 04/17/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bank Accounts | $524.00 | $0.00 | | $0.00 | FA |
| 2 | Office furniture & fixtures | $27,270.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in asset 6 sale | | | | | |
| 3 | 2008 Ford F150 | $7,100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in asset 6 sale | | | | | |
| 4 | 2009 Ford Flex | $7,824.00 | $0.00 | | $0.00 | FA |
| 5 | Machinery & equipment | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included in asset 6 sale | | | | | |
| 6 | 9405 Betel Drive, El Paso, Texas 79907 | $13,000,000.00 | $50,000.00 | | $8,140,324.00 | FA |
| 7 | Rents                                            (u) | $0.00 | $6,000.00 | | $6,000.00 | FA |

TOTALS (Excluding unknown value)                                                                                                Gross Value of Remaining Assets

|  | $13,044,718.00 | $56,000.00 | | $8,146,324.00 | $0.00 |
|---|---|---|---|---|---|

---

### Major Activities affecting case closing:

| 03/23/2018 | ODR PAY TFR |
|---|---|
| 02/26/2018 | TFR Filed at Court - TFR served |
| 01/02/2018 | TFR to UST |
| 12/29/2017 | Odr pay rent |
| 09/21/2017 | Odr pay Mosley |
| 08/07/2017 | emerg mtn to enforce sale ODR |
| 08/02/2017 | emerg mtn to enforce sale |
| 06/05/2017 | CLAIMS READY |
| 03/01/2017 | Withdraw Creditors mtn to enforce sale & Mtn ext time for possession of church premises |
| | Odr allow Mtn to rent church temporarily |
| 02/27/2017 | Creditors mtn to enforce sale |
| 02/24/2017 | Mtn ext time for possession of church premises |
| 01/27/2017 | Mtn to rent church temporarily |
| 01/26/2017 | Creditor obj TTE MTS |
| 01/13/2017 | Odr hire Mosley |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2          Exhibit 8

| Case No.: | 16-31943-RBK | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | IGLESIA PUERTA DEL CIELO, INC. | | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 4/4/2018 | | §341(a) Meeting Date: | 01/03/2017 |
| | | | Claims Bar Date: | 04/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| 12/29/2016 | Odr defer filing fee on MTS | |
| 12/27/2016 | TTE MTS | |
| 12/19/2016 | rec'd ntc of add change from USPO | |
| 12/19/2016 | Creditor MTD | |
| 12/16/2016 | MLS  & MTD by Charter School Solutions | |
| 12/08/2016 | Odr reassign case from Judge Mott to King | |

**Initial Projected Date Of Final Report (TFR):** 12/31/2017          **Current Projected Date Of Final Report (TFR):** 12/31/2017          /s/ RONALD E. INGALLS

RONALD E. INGALLS

## FORM 2
Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No.: | 16-31943-RBK |
| Case Name: | IGLESIA PUERTA DEL CIELO, INC. |
| Primary Taxpayer ID #: | **-***5557 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/2/2016 |
| For Period Ending: | 4/4/2018 |

| | |
|---|---|
| Trustee Name: | Ronald E. Ingalls |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******1943 |
| Account Title: | |
| Blanket bond (per case limit): | $62,600,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2017 | (7) | Marco Antonio | ck 1920 d 1/2/17 rent | 1222-000 | $3,000.00 | | $3,000.00 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.43 | $2,996.57 |
| 02/19/2017 | (7) | Nueva Iglesia Puerta Del Cielo | ck 1069 d 2/7/17 rent | 1222-000 | $3,000.00 | | $5,996.57 |
| 02/27/2017 | | Charter School Soltions | Wire in, proceeds from sale of church property to mortgage holder | * | $50,000.00 | | $55,996.57 |
| | {6} | | Wire in, proceeds from sale of church property to mortgage holder  $8,140,324.00 | 1110-000 | | | $55,996.57 |
| | | | Senior Secured Debt  $(8,090,324.00) | 4110-000 | | | $55,996.57 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.47 | $55,978.10 |
| 03/03/2017 | 1001 | International Sureties Ltd | Bond Payment | 2300-000 | | $10.54 | $55,967.56 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $90.27 | $55,877.29 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $87.21 | $55,790.08 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.88 | $55,707.20 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.08 | $55,627.12 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.63 | $55,544.49 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.51 | $55,461.98 |
| 09/25/2017 | 1002 | John Mosley | accountant fees, expenses per order 9/21/17 | * | | $772.15 | $54,689.83 |
| | | | accountant fees per order 9/21/17  $(750.00) | 3410-000 | | | $54,689.83 |
| | | | accountant expenses per order 9/21/17  $(22.15) | 3420-000 | | | $54,689.83 |
| 09/29/2017 | 1003 | International Sureties Ltd | Bond Payment | 2300-000 | | $17.11 | $54,672.72 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $79.65 | $54,593.07 |
| 10/19/2017 | 1004 | US Bankruptcy Clerk - El Paso | pay filing fee - Odr allow defer fee 12/29/16 dkt 36 | 2700-000 | | $181.00 | $54,412.07 |
| 10/19/2017 | 1005 | US Trustee - Pmts | Ch 11 quarterly fees | 2950-000 | | $325.00 | $54,087.07 |
| 10/20/2017 | 1005 | VOID: US Trustee - Pmts | Ck was meant to pay clm 3 but claim is gen unsec per email from Ann Killian 10/20/17 | 2950-003 | | ($325.00) | $54,412.07 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $81.10 | $54,330.97 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $78.14 | $54,252.83 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.59 | $54,172.24 |
| 01/02/2018 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($80.59) | $54,252.83 |
| | | | **SUBTOTALS** | | $56,000.00 | $1,747.17 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-31943-RBK | |
| Case Name: | IGLESIA PUERTA DEL CIELO, INC. | |
| Primary Taxpayer ID #: | **-***5557 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/2/2016 | |
| For Period Ending: | 4/4/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Ronald E. Ingalls | |
| Bank Name: | Integrity Bank | |
| Checking Acct #: | ******1943 | |
| Account Title: | | |
| Blanket bond (per case limit): | $62,600,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2018 | 1006 | Ronald E. Ingalls | Trustee Compensation | 2100-000 | | $54,108.75 | $144.08 |
| 03/24/2018 | 1007 | Ronald E. Ingalls | Trustee Expenses | 2200-000 | | $144.08 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $56,000.00 | $56,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $56,000.00 | $56,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $56,000.00 | $56,000.00 | |

| **For the period of 12/2/2016 to 4/4/2018** | | **For the entire history of the account between 01/09/2017 to 4/4/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,146,324.00 | Total Compensable Receipts: | $8,146,324.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,146,324.00 | Total Comp/Non Comp Receipts: | $8,146,324.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,146,324.00 | Total Compensable Disbursements: | $8,146,324.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,146,324.00 | Total Comp/Non Comp Disbursements: | $8,146,324.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-31943-RBK | |
| Case Name: | IGLESIA PUERTA DEL CIELO, INC. | |
| Primary Taxpayer ID #: | **-***5557 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/2/2016 | |
| For Period Ending: | 4/4/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Ronald E. Ingalls | |
| Bank Name: | Integrity Bank | |
| Checking Acct #: | ******1943 | |
| Account Title: | | |
| Blanket bond (per case limit): | $62,600,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $56,000.00 | $56,000.00 | $0.00 |

| For the period of 12/2/2016 to 4/4/2018 | | For the entire history of the case between 12/02/2016 to 4/4/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,146,324.00 | Total Compensable Receipts: | $8,146,324.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,146,324.00 | Total Comp/Non Comp Receipts: | $8,146,324.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,146,324.00 | Total Compensable Disbursements: | $8,146,324.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,146,324.00 | Total Comp/Non Comp Disbursements: | $8,146,324.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS